# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMBIT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C. A. No. 09-10217-WGY |
| ) | |
| v. ) | |
| ) | |
| DELTA AIR LINES, INC. and ) | |
| AIRCELL, LLC ) | |
| ) | |
| Defendants. ) | |

## ACKNOWLEDGEMENT

I, _____, hereby acknowledge receipt of a copy of the Stipulated Protective Order ("Order") in the above-captioned action. I am familiar with the provisions of the Order and agree to be bound by it. I agree not to copy or to use any Confidential Information for any purpose other than in connection with the instant action, and agree not to reveal any or all such Confidential Information to any person not authorized by this Order.

I further acknowledge and understand that for any violation of the provisions of said Order, I am subject to the penalties of the Court and any and all penalties imposed upon me by law. I hereby submit to the jurisdiction of the Federal District Court for the District of Massachusetts for the purpose of enforcement of the Order and voluntarily waive any and all objections to jurisdiction and venue with regard to the same.

_____

Dated: _____     Print Name: _____

887161_1