IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMBIT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 09-10217-WGY |
| v. | ) | |
| | ) | |
| DELTA AIR LINES, INC. and | ) | |
| AIRCELL LLC, | ) | |
| | ) | |
| Defendants. | | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Local Rule 16.6 and the Court's Scheduling Order, Plaintiff AMBIT

Corporation ("Plaintiff") and Defendants Delta Air Lines, Inc. and Aircell LLC ("Defendants")

jointly submit this Joint Claim Construction and Prehearing Statement.


(a) <u>Anticipated Hearing Length:</u>

**Plaintiff** requests three (3) hours total for claim construction argument and that each side

be allowed one and one-half (1.5) hours for arguments, including any tutorials, and that each side

be permitted to reserve time from the allotted one and one-half hours for rebuttal argument.

Plaintiff disagrees with Defendants' view that Defendants' Motion for Summary Judgment of

Invalidity for Failure to Comply with 35 U.S.C. § 112 should be heard at the time of the

*Markman* hearing or at any earlier time.  In its Directive filed on August 6, 2009, the Court made

it clear that such Summary Judgment motions would not be heard prior to the *Markman* Hearing.

Thus, it is inappropriate to consider Defendants' Motion for Summary Judgment at the time of

the *Markman* proceedings.

**Defendants** request four (4) hours total for claim construction argument (exclusive of any tutorial), divided equally between Plaintiff and Defendants.  Defendants submit that there are a number of issues that need to be addressed at the hearing.  Plaintiff identifies 17 claim construction disputes below that it believes should be addressed at the hearing and 11 others it would leave to the briefs, whereas Defendants identify 14 material claim construction disputes.  In Defendants' view, an hour and one-half is not enough time to present a tutorial and address all material claim construction disputes in this case.  Defendants also request that the Court hear argument on Defendants' Motion for Summary Judgment of Invalidity for Failure To Comply With 35 U.S.C. § 112 (Dkt. No. 36) at the time of the *Markman* hearing or at the time of the tutorial.  Although the Court stated on August 6, 2009 that its "practice is to hold a Markman Hearing prior to any summary judgment hearing" and claim construction is often useful prior to resolving summary judgment motions, as set forth in the briefs supporting Defendants' motion for summary judgment of invalidity, Defendants' summary judgment motion can be resolved without claim construction and may obviate the need for the Court to construe the claims of U.S. Patent No. 7,400,858.  Defendants submit that 30 minutes of argument per side on Defendants' motion for summary judgment of invalidity would suffice.

**Plaintiff** and **Defendants** do not anticipate calling any witnesses at the hearing.

Pending scheduling conflicts, **Defendants** plan to have an expert available to answer questions from the Court.

**Plaintiff** objects to the "stand-by" procedure and requests that no witnesses be called unless the Court requests witnesses be available in advance.

(b) <u>Tutorials</u>

**Plaintiff** and **Defendants** agree that tutorials on the relevant technology should be limited to attorney argument.  The parties expect to use PowerPoint slides (or similar material) for the tutorials.  The parties shall exchange such materials no less than 48 hours before the tutorial is scheduled to begin.

**Plaintiff** requests that the tutorials be conducted as part of the *Markman* hearing and that the tutorials count towards the party's allotted argument time.

**Defendants** request that there be a separately allotted time period at the beginning of the claim construction hearing during which Plaintiff and Defendants would each have 45 minutes of presentation time in addition to the two hours allotted to each side for argument.  In the alternative, if it is more suitable for the Court's calendar, Defendants request that a tutorial hearing be conducted on a day prior to the claim construction hearing so as to not detract from the allotted argument time.

(c) <u>Proposed Order of Claim Construction Hearing</u>

**Plaintiff** proposes that the parties proceed on a party-by-party basis at the claim construction hearing.  Plaintiff will first present all of its arguments, followed by Defendants. Each side will be allowed to reserve time for a subsequent rebuttal.  Plaintiff contends that such an approach is proper because Plaintiff is principally seeking the Court to construe claim words while Defendants are construing claim phrases, making it impossible to match one party's arguments to those of the other party.  Plaintiff therefore believes that the Court will be better served by hearing each party's arguments as a whole.

**Defendants** propose that each side proceed term-by-term at the claim construction hearing.  On each term, Plaintiff will first present its arguments, followed by Defendants.  The

parties or the Court will track total time of argument on each term so neither party exceeds a total of two hours without permission.  Defendants contend that such an approach will best allow the Court to understand the parties' positions on the various claim construction disputes.

(d) <u>Prioritized Lists of Claims to be Construed</u>

The parties have attempted in good faith to identify no more than 10 terms in the '858 Patent that require construction, but have been unable to limit the number to only 10.  Following the parties "meet and confer," the parties have been unable to agree on the order of importance for the claim construction disputes.

The terms/issues that Plaintiff and Defendants contend should be construed/resolved by the Court, in order of importance are:

| | **Plaintiff's Prioritized Terms/Issues** | | **Defendants' Prioritized Terms/Issues** |
|---|---|---|---|
| (1) | Whether the preambles, "personal computer communication devices," "radiatively communicative wireless personal RF communication devices," and "distant communication system" are limitations. | (1) | Whether personal communication devices and the distant communication system are limitations of the claims and whether the preambles of claims 1, 7 and 13 are claim limitations |
| (2) | "Personal Computer Communication Device" | (2) | "a radiative RF antenna" and "an RF radiative antenna" (claims 1, 7 and 13) |
| (3) | "Radiatively communicative wireless personal RF communication devices" | (3) | "first RF antenna" and "first RF antennae" (claims 1, 7, 13 and 16) |
| (4) | "RF antenna" and "radiative RF antenna" | (4) | "control use and time " (claim 1); "control the time" and "bill for the time" (claim 3), "limiting the time" (claim 7) and "limiting the time" (claim 13) |
| (5) | "First RF antenna" | (5) | "local RF restricted environment" (claim 13) |
| (6) | "RF Signal" | (6) | "RF signal shield" (claim 6), "shielding" (claim 10), "RF signal shielded area" (claim 12) and "RF shielding" (claim 14) |

| (7) | "Communications Link" | (7) | "wireless personal RF communication devices," "wireless RF communication devices" and "RF communication devices" (claims 7-9, 11, 13, 15 and 17) |
|---|---|---|---|
| (8) | "Control Computer" | (8) | "personal computer communication devices" and "personal computer devices" (claims 1-4) |
| (9) | "Communicate" | (9) | "control a communications link" (claim 1), "controlling RF signals" (claim 7) and "controlling RIF signals" (claim 13) |
| (10) | "Control Use and Time" | (10) | "a communications link between said at least one of said first RF antenna . . . and said at least one second RF antenna" (claims 1, 7 and 13) |
| (11) | "Local RF Restricted Environment" | (11) | "RF signals sent between said variety of different radiatively communicative wireless personal RF communication devices within said local environment and said second RF antenna radiating outside of said local environment" (claim 7) and "RF signals are sent between said variety of different radiatively communicative wireless personal RF communication devices within said RF restricted environment and said second RF antenna radiating outside of said RF restricted environment" (claim 13) |
| (12) | "Arranged to control a communications link" and "Operating a Control Computer in a Communications Link" and "Placing a Control Computer in a Communications Link" | (12) | "control computer" (claims 1-4, 7-9 and 13) |
| (13) | "To Bill for the Time" and "Bill for Use" | (13) | "filter or switch communication" (claim 2) and "filtering said RF signals" (claim 8) |
| (14) | "Filter or Switch Communication" and "Filtering said RF signals" | (14) | "to communicate an RF signal wirelessly" (claim 1), "wirelessly communicating RF signals" (claim 7), "wirelessly communicating wireless RF signals" (claim 13) and "enable RF signal communication" (claim 13) |

| | | | |
|---|---|---|---|
| (15) | "RF Signal Shield," "Shielding," "RF signal shielded area," and "RF shielding" | (15) | |
| (16) | "Regulating use of" | (16) | |
| (17) | "Second RF antenna" | (17) | |
| (18) | There are eleven additional, but less-significant, terms for which the parties dispute their meanings. Plaintiff proposes that the Court rely solely on the parties' papers to construe these terms:<br><br>(a) "Aircraft" and "Airplane"<br><br>(b) "Distant Communication System"<br><br>(c) "Satellite"<br><br>(d) "Laptop computer" and "Personal Laptop Computer"<br><br>(e) "Arranged to radiate outside of said passenger vehicle"<br><br>(f) "Located within a passenger vehicle," "Arranged within said passenger vehicle," and "Within a local environment in an aircraft"<br><br>(g) "Monitoring"<br><br>(h) "Each"<br><br>(i) "Having"<br><br>(j) "At least"<br><br>(k) "Spaced-apart and non-touching" | (18) | |

The parties agree on the construction of the following terms.

| | Term | Agreed upon meaning |
|---|---|---|
| (1) | "Variety of Different" | An assortment. |
| (2) | "RIF" | RF |

| (3) | "Plurality" | Two or more |
|-----|-------------|-------------|

(e) <u>Joint Claim Construction Chart:</u>

Below is a Joint Claim Construction Chart identifying the disputed claim terms, each of

the parties' proposed constructions for the disputed terms and supporting evidence.

## JOINT CLAIM CONSTRUCTION CHART

### CLAIM 1

| | Claim Element[1] | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (1) | A system for enabling communication from **personal computer communication devices located within a passenger vehicle** to **a distant communication system** located outside of said passenger vehicle, **each** of **said personal computer devices having** a **radiative RF antenna**, said system | **The preamble is not a claim limitation.**<br><br>*See* Plaintiff AMBIT Corporation's Preliminary *Markman* Brief[2] at 6-9.<br><br>*INTRINSIC EVIDENCE:*[3]<br><br>The '858 Patent at 5:49-54,[4] 6:28-32, and 7:12-20.<br><br>*EXTRINSIC EVIDENCE:*<br><br>Declaration of D. Richard Brown, Ph.D. in Support of AMBIT Corporation's Preliminary *Markman* Brief[5] ¶ 19. | **The preamble is a claim limitation. The recited system includes PERSONAL COMPUTER COMMUNICATION DEVICES**[7] **with RADIATIVE RF ANTENNAE, located within a passenger vehicle, and allows the PERSONAL COMPUTER COMMUNICATION DEVICES to transmit RF signals to, or receive RF signals from, a distant communication system.**<br><br>Intrinsic Evidence[8] | |

---

[1] Plaintiff and Defendants disagree on the claim terms to be construed. For ease of reference, the full claim language for each asserted claim is provided. The terms Plaintiff is construing are provided in **bold** and the terms Defendants are construing are underlined. Claim terms that both Plaintiff and Defendants are construing are **both bold and underlined**.

[2] Hereinafter "AMBIT's Prelim. Br."

[3] Plaintiff relies on the full text and the Figures of U.S. Patent No. 7,400,858, and also the full prosecution history of the '858 Patent and Related Applications, for support of its positions. Plaintiff is providing pin-point citations to the most-pertinent portions of the '858 Patent and prosecution history for the convenience of the Court. These pin-point citations should not be construed as a disclaimer of the pertinence of the uncited portions of the '858 Patent and the prosecution histories.

[4] This notation indicates column number from the '858 Patent before the colon and line numbers in that column after the colon.

[5] Hereinafter "Brown Decl."

[6] Hereinafter "AMBIT's Reply Br."

| comprising: | **personal computer communication devices:** personal computers having communication interfaces, the personal computer being a private electronic data processing device, designed for use by an individual, which is generally programmable to execute personally controllable application software, the communication interface providing a way for the personal computer to externally send and receive information.<br><br>Not a claim limitation.<br><br>*See* Plaintiff AMBIT Corporation's Reply Brief to Defendants' Opening Claim Construction Brief[6] at 7-9.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at 1:28-30 and 33-35, 4:8-9 and 16.<br><br>*EXTRINSIC EVIDENCE:* | '858 patent, Abstract, 1:37-46, 2:26-28, 4:50-53, 5:24-27, 5:49-6:4, 6:21-22, 6:27-57, 7:5-8, 7:12-8:11, 8:25-27.<br><br>Extrinsic Evidence<br><br>Michalson Decl., Dkt. 58 ¶¶ 10-11, 13.<br><br>Brown Decl., Dkt. 45 ¶¶ 10, 14, 16, 20 (to the extent it is admissible).<br><br>**A system for enabling communication:** No construction necessary; plain meaning.<br><br>**each:** No construction necessary; plain meaning.<br><br>**personal computer communication devices** and **personal computer devices** are communication devices that can be carried by an individual and | |

---

[7] Where a term in one of Defendants' proposed constructions is in all capital letters, it refers to the meaning of that term as construed.  .  Defendants rely on the full text and the Figures of U.S. Patent No. 7,400,858, and also the full prosecution histories of the '858 patent and related applications, to support their positions. Defendants are providing pin-point citations to the most pertinent portions of cited documents for the convenience of the Court.  These pin-point citations should not be construed as a disclaimer of the pertinence of non-cited portions.

[8] Apart from the '858 patent itself, the patents and patent prosecution documents that Defendants list as intrinsic evidence are from patent applications in the chain leading up to the '858 patent, making such statements intrinsic evidence relevant to the construction of the '858 patent.  Moreover, the '471 patent, the '014 patent, the '702 patent, and the applications leading to those patents (among other patents and applications) are incorporated by reference in the specification of the '858 patent at 1:7-16 and again at 4:19-21, which has the effect of incorporating all of the disclosures in those documents as if they were reproduced in their entirety within the '858 patent itself.

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | | Brown Decl. ¶¶ 8-9 and 11.<br><br>**located within a passenger vehicle:** inside an aircraft that is capable of carrying people.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at 5:50-51.<br><br>**a distant communication system:** a remotely located communications system.<br><br>Not a claim limitation.<br><br>*See* AMBIT's Reply Br. at 7-9.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at 5:51 and 60, 6:2, 8, 22.<br><br>**each:** every one of two or more considered distinctly from the rest.<br><br>*See* AMBIT's Prelim. Br. at 27.<br><br>**said personal computer devices:** the personal computer communications device.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at 5:49-54.<br><br>**having:** contained as a constituent part.<br><br>*See* AMBIT's Prelim. Br. at 27.<br><br>**radiative RF antenna:** a structure | include or are used with a computer.<br><br>Intrinsic Evidence<br><br>'858 patent, 1:7-8, 1:23-25, 1:27-40, 1:47-49, 1:62-66, 2:48-58, 3:9-11, 3:13-23, 3:37-38, 3:44-46, 4:5-17, 5:18-19, 5:26-27, 5:41-43, 5:49-6:20.<br><br>Extrinsic Support<br><br>Michalson Decl., Dkt. 58 ¶¶ 7-8.<br><br>*Singapore Airlines Unveils "Krisworld" Inflight Entertainment System*, Business Wire, Apr. 25, 1995, *available at* http://findarticles.com/p/articles/mi_m0EIN/is_1995_April_25/ai_16857428/ (hereinafter, "Krisworld reference") (a copy will be provided at the claim construction hearing).<br><br>**having**: No construction necessary; plain meaning.<br><br>**located within a passenger vehicle:** No construction necessary; plain meaning.<br><br>**a distant communication system:** No construction necessary; plain | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | | for emitting and receiving electromagnetic waves at radio frequency (RF) that is in the electromagnetic spectrum between the audio frequency portion and the acoustic portion.<br><br>*See* AMBIT's Prelim. Br. 12-13.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at FIGS. 3A, 3B and at 4:17-18.<br><br>Hurwitz Decl. ¶ 5, Ex. D.<br><br>*EXTRINSIC EVIDENCE:*<br><br>Brown Decl. ¶¶ 12 and 38. | meaning.<br><br>**a radiative RF antenna** is an external antenna for transmitting or receiving RF signals.<br><br>Intrinsic Evidence<br><br>'858 patent, Related U.S. Application Data, 1:7-16, 2:26-28, 4:19-21, 4:50-53, 5:49-6:4, 6:27-57, 7:12-8:11, Figs. 1A, 1B.<br><br>'471 patent prosecution, Oct. 2 1998 Amend. at 14 (Koh Decl., Dkt. 42 at Ex. 5).<br><br>'471 patent prosecution, May 21, 1999 Brief at 14 (Koh Decl., Dkt. 42 at Ex. 6).<br><br>'014 patent, Abstract, 1:57-64, 2:17-24, 2:48-3:4, 3:15-51, 4:8-15, 4:28-36, 5:24-41, 5:63-6:16, 6:25-26, 6:34-35, 6:41-58, 6:63-7:18, 7:21-27, 8:21-25, Figs. 1, 2, 3 (Koh Decl., Dkt. 42 at Ex. 7).<br><br>'702 patent, Abstract, 2:11-17, 2:33-35, 2:40-50, 3:10-14, 3:27-37, 4:23-34, 4:57-5:5, 5:14-16, 5:25-26, 6:4-5, 6:15, Figs 1, 2, 3 (Hurwitz Decl., Dkt. 44 at Ex. | |

|     |     |     |     |     |
|-----|-----|-----|-----|-----|
|     |     |     | G at docket pages 6-11).<br><br>Extrinsic Evidence<br><br>Michalson Decl., Dkt. 58 ¶ 28. |     |
| (2) | **at least** one **first RF antenna arranged within said passenger vehicle** to **communicate** an **RF signal** wirelessly with said **personal computer communication devices**; | **at least:** at a minimum<br><br>*See* AMBIT's Prelim. Br. 27.<br><br>**first RF antenna:** a radiative RF antenna distinct from the RF antennae associated with described personal communication devices and distinct from the second RF antenna(e).<br><br>*See* AMBIT's Prelim. Br. 13-14.<br><br>*See* AMBIT's Reply Br. 4-6.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at 2:46, 5:12-14 and 24-27.<br><br>Declaration of Benjamin P. Hurwitz, Esq. in Support of Plaintiff AMBIT Corporation's Preliminary *Markman* Brief[9] ¶ 5, Ex. D.<br><br>*EXTRINSIC EVIDENCE:*<br><br>Brown Decl. ¶¶ 26-27 and 39-41.<br><br>**arranged within said passenger** | **first RF antenna** means first RF probe that is juxtaposed with the RADIATIVE RF ANTENNA.<br><br>Intrinsic Evidence<br><br>'858 patent, Related U.S. Application Data, Abstract, 1:7-16, 1:22-26, 1:47-53, 1:62-2:3, 2:4-43, 2:51-58, 2:62-66, 3:16-30, 3:32-33; 3:55-60, 4:12-5:31, 5:49-6:4, 6:27-57, 7:12-8:11, Figs. 1B, 2A, 2B, 4.<br><br>'014 patent, Abstract, 1:60-64, 2:42-44, 2:67-3:1, 3:20-27, 3:39-49, 4:37-39, 4:44-49, Figs. 1, 2 (Koh Decl., Dkt. 42 at Ex. 7).<br><br>'106 patent prosecution, Sept. 2, 1999 Office Action at 7 (Koh Decl., Dkt. 42 at Ex. 8).<br><br>'471 patent prosecution, Apr. 3, 1998 Amend. at 11 (Koh Decl., Dkt. 42 at Ex. 4).<br><br>'702 patent, 1:55-57, 3:36-37, |     |

---

[9] Hereinafter "Hurwitz Decl."

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | | **vehicle:** inside an aircraft capable of carrying people.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at 5:55-56.<br><br>**communicate:** to successfully transmit information to an intended receiver and vice versa.<br><br>*See* AMBIT's Prelim. Br. 14.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at 6:1 and 53.<br><br>*EXTRINSIC EVIDENCE:*<br><br>THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th Ed.).<br><br>Brown Decl. ¶ 16.<br><br>**RF signal:** radio frequency electromagnetic waves between the audio-frequency portion and the infrared portion of the electromagnetic spectrum.<br><br>*See* AMBIT's Prelim. Br. 21-22.<br><br>*See* AMBIT's Reply Br. 4-5, 11-12.<br><br>*INTRINSIC EVIDENCE:*<br><br>The '858 Patent at 1:22-26. | Figs. 1, 2 (Hurwitz Decl., Dkt. 44 at Ex. G at docket pages 6-11).<br><br><u>Extrinsic Evidence</u><br><br>Michalson Decl., Dkt. 58 ¶¶ 5-6, 21-26.<br><br>Brown Decl., Dkt. 45 ¶ 39 (to the extent it is admissible).<br><br>**at least one first RF antenna arranged within said passenger vehicle to communicate an RF signal wirelessly with said personal computer communication devices** means at least one FIRST RF ANTENNA arranged within the passenger vehicle to wirelessly transmit an RF signal to, or receive an RF signal from, the PERSONAL COMPUTER COMMUNICATION DEVICE.<br><br><u>Intrinsic Evidence</u><br><br>'858 patent, 1:37-46, 2:26-28, 4:50-53, 5:24-27, 5:49-6:4, 6:12-13, 6:43, 6:52-54, 8:1.<br><br><u>Extrinsic Evidence</u><br><br>Michalson Decl., Dkt. 58 ¶¶ 10-11, 13.<br><br>Brown Decl., Dkt. 45 ¶¶ 16, 20 | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | | *EXTRINSIC EVIDENCE:*<br><br>Brown Decl. ¶¶ 12 and 38.<br><br>**personal computer communication device:** [*see supra* row (1)]. | (to the extent it is admissible).<br><br>**at least:** No construction necessary; plain meaning.<br><br>**arranged within said passenger vehicle:** No construction necessary; plain meaning.<br><br>**communicate** [*see* term containing "**communicate**" above].<br><br>**RF signal:** No construction necessary, but it is agreed that RF means radio frequency.<br><br>**personal computer communication devices** [*see supra* row (1)]. | |
| (3) | <u>at least</u> one **second RF antenna arranged to radiate outside of said passenger vehicle** to wirelessly <u>**communicate**</u> with said **distant communication system** located outside of said passenger vehicle; | **at least:** [*see supra* row (2)].<br><br>**second RF antenna:** a radiative RF antenna distinct from the RF antennae associated with described personal communication devices and distinct from the first RF antenna(e).<br><br>*See* AMBIT's Prelim. Br. 14 (FN 5).<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at 5:58-61 and 64-65, 6:35-37, 49, and 55, 7:23-24 and 28, and 8:9.<br><br>**arranged to radiate outside of** | **at least:** No construction necessary; plain meaning.<br><br>**second RF antenna:** No construction necessary; plain meaning.<br><br>**arranged to radiate outside of said passenger vehicle:** No construction necessary; plain meaning.<br><br>**wirelessly:** No construction necessary; plain meaning.<br><br>**communicate** [*see* term containing "**communicate**" *supra* Row (2)]. | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | | **said vehicle:** emits RF electromagnetic waves outside of the aircraft.<br><br>    *See* AMBIT's Prelim. Br. 27.<br><br>**communicate:** [*see supra* row (2)].<br><br>**distant communication system:** [*see supra* row (1)]. | **distant communication system:** No construction necessary; plain meaning. | |
| (4) | a **control computer arranged to control a communications link** between said **at least** one of said **first RF antenna** within said passenger vehicle <u>and</u> <u>said at least one</u> **second RF antenna arranged to radiate outside of said passenger vehicle**, | **control computer:** a data processing device that exercises restraint or directly influences some other device.<br><br>    *See* AMBIT's Prelim. Br. 16-21.<br><br>    *See* AMBIT's Reply Br. 12-13.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent at FIGS. 3A, 3B, and 4, and 2:43-44, 3:4-7 and 35-46, 5:6-13, 35-37, and 62-67, 6:5-6, 10-11, 16-18, 38, 46, 51, 59, 63, and 65-67, 7:25, and 8:5-10.<br><br>*EXTRINSIC EVIDENCE:*<br><br>Brown Decl. ¶¶ 21-23 and 29-30.<br><br>**a communications link:** any connection or series of connections, wired or wireless, that enable communication. | **control computer** means a programmable device, without limitation as to how it is programmed, that is located in the passenger vehicle per claims 1-4, in the local environment in an aircraft per claims 7-9, and in the LOCAL RF RESTRICTED ENVIRONMENT per claim 13.<br><br>Intrinsic Evidence<br><br>'858 patent, 2:41-44, 3:3-7, 3:30-41, 4:22-29, 5:3-4, 5:6-13, 5:32-40, 5:49-6:20, 6:27-67, 7:12-8:11, Figs. 3A, 3B, 4.<br><br>**"control a communications link" is incapable of meaningful construction.**<br><br>Intrinsic Evidence<br><br>'858 patent, 2:45-47, 3:3-5, 5:6-8, 5:11-12, 5:32-40, 5:49-6:4, 6:27-57, 7:12-8:11.<br><br>Extrinsic Evidence | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| | | *See* AMBIT's Prelim. Br. 17-18. | Brown Decl., Dkt. 45 ¶ 30 (to the extent it is admissible). |

*See* AMBIT's Prelim. Br. 17-18.

*See* AMBIT's Reply Br. 13-14.

*INTRINSIC EVIDENCE:*

'858 Patent at FIGS. 1B, 2A, 2B, 3A, 3B, 2:22-23, 4:43-44, 5:8, 28, 32-33, and 38.

*EXTRINSIC EVIDENCE:*

Brown Decl. ¶¶ 25-27.

**arranged to control a communications link:** connected to affect the ability to transmit information between two or more points.

*See* AMBIT's Prelim. Br. 17-18.

*See* AMBIT's Reply Br. 14-15.

*INTRINSIC EVIDENCE:*

'858 Patent at 3:5-6, 5:4 and 62-63, 6:38, and 7:25.

*EXTRINSIC EVIDENCE:*

Brown Decl. ¶ 30.

**at least:** [*see supra* row (2)].

**first RF antenna:** [*see supra* row (2)].

**second RF antenna:** [*see supra*

---

**a communications link between said at least one of said first RF antenna … and said at least one second RF antenna** means a transmission line connecting the FIRST RF ANTENNA to the second RF antenna.

<u>Intrinsic Evidence</u>

'858 patent, 1:62-2:23, 2:28-32, 2:35-37, 2:41-43, 2:47-3:3, 3:13-30, 4:29-38, 4:41-48, 4:56-5:6, 5:22-31, 5:41-43, 5:49-6:4, 6:27-57, 7:12-8:11, Figs. 1B, 2A, 2B, 3A, 3B, 4.

<u>Extrinsic Evidence</u>

Michalson Decl., Dkt. 58 ¶¶ 5-6, 17-20.

**at least:** No construction necessary; plain meaning.

**first RF antenna** [see *supra* row (2)].

**second RF antenna:** No construction necessary; plain meaning.

**arranged to radiate outside of said passenger vehicle:** No construction necessary; plain

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | | row (3)].<br><br>**arranged to radiate outside of said vehicle:** [*see supra* row (3)]. | meaning. | |
| (5) | said **control computer** arranged to **control use and time** in which said **personal computer communication devices** are enabled to **communicate** with said **distant communication system** outside of said passenger vehicle, wherein said passenger vehicle is an **aircraft**. | **control computer:** [*see supra* row (4)].<br><br>**control use and time:** control periods during which it is made possible for the personal computer communication devices to communicate with the distant communications system.<br><br>    *See* AMBIT's Prelim. Br. 18-19.<br><br>    *See* AMBIT's Reply Br. 15-16.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent 3:13-17 and 5:35-38.<br><br>*EXTRINSIC EVIDENCE:*<br><br>Brown Decl. ¶ 33 and 34.<br><br>The American Heritage Dictionary of the English Language (4th Ed.), *available at* http://dictionary.reference.com/browse/time.<br><br>**personal computer communication devices:** [*see supra* row (1)].<br><br>**communicate:** [*see supra* row (2)]. | **control computer** [see *supra* row (4)].<br><br>**control use and time in which said personal computer communication devices are enabled to communicate with said distant communication system** means enable the PERSONAL COMPUTER COMMUNICATION DEVICES to transmit RF signals to, or receive RF signals from, the distant communication system and to do so for a specified time interval (i.e., seconds, minutes or hours).<br><br>Intrinsic Evidence<br><br>'858 patent, 1:37-46, 2:26-28, 3:6-7, 4:50-53, 5:24-27, 5:49-6:4, 6:10-15, 6:27-57, 6:64-67, 7:12-8:11, 8:17-20.<br><br>Extrinsic Evidence<br><br>Michalson Decl., Dkt. 58 ¶¶ 10-11, 13.<br><br>Brown Decl., Dkt. 45 ¶¶ 16, 20 (to the extent it is admissible). | |

**JOINT CLAIM CONSTRUCTION CHART**

<table>
<tr>
<td></td>
<td></td>
<td><strong>distant communication system:</strong> [<em>see supra</em> row (1)].<br><br><strong>aircraft:</strong> any machine supported for flight in the air by bouyancy or by the dynamic action of air on its surfaces, especially powered airplanes, gliders, and helicopters.<br><br><em>See</em> AMBIT's Prelim. Br. 27.</td>
<td>"Time," Merriam-Webster Online Dictionary (Koh Decl., Dkt. 57 at Ex. 5).<br><br><strong>personal computer communication devices</strong> [see <em>supra</em> row (1)].<br><br><strong>communicate</strong> [<em>see</em> terms containing "<strong>communicate</strong>" above and <em>supra</em> Row (2)].<br><br><strong>distant communication system:</strong> No construction necessary; plain meaning.<br><br><strong>aircraft:</strong> No construction necessary; plain meaning.</td>
<td></td>
</tr>
</table>

**CLAIM 2**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (6) | The system as recited in claim 1, wherein said **control computer** operates to **filter** or **switch communication** of said **personal computer communication devices** within said passenger vehicle and said **distant communication** | **control computer:** [<em>see supra</em> row (4)].<br><br>**filter or switch communication:** to separate communications based on specified criteria or to selectively make or break connections.<br><br><em>See</em> AMBIT's Prelim. Br. at 20-21.<br><br><em>See</em> AMBIT's Reply Br. at 16-17. | **control computer** [see <em>supra</em> row (4)].<br><br>**filter or switch communication of said personal computer communication devices within said passenger vehicle and said distant communication system outside of said passenger vehicle** means either (a) selectively allowing some RF frequencies to pass while blocking other RF |  |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| **system** outside of said passenger vehicle. | *INTRINSIC EVIDENCE:*<br><br>The '858 Patent at 5:6-8 and 5:32-39.<br><br>*EXTRINSIC EVIDENCE:*<br><br>Merriam-Webster Online Dictionary.<br><br>Brown Decl. ¶ 51 and 52.<br><br>**personal computer communication devices:** [*see supra* row (1)].<br><br>**distant communication system:** [*see supra* row (1)]. | frequencies; or (b) selecting between RF signals from one PERSONAL COMPUTER COMMUNICATION DEVICE and RF signals from another PERSONAL COMPUTER COMMUNICATION DEVICE<br><br><u>Intrinsic Evidence</u><br><br>'858 patent, 5:6-8, 5:32-33, 6:5-9.<br><br><u>Extrinsic Evidence</u><br><br>American Heritage College Dictionary at 111 (4th ed. 2002) (Koh Decl., Dkt. 42 at Ex. 9).<br><br>**personal computer communication devices** [*see supra* row (1)].<br><br>**distant communication system:** No construction necessary; plain meaning. | |

**CLAIM 3**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (7) | The system as recited in claim 1 wherein said <u>control computer</u> | **control computer:** [*see supra* row (4)].<br><br>**personal computer** | **control computer** [see *supra* row (4)]<br><br>**control the time said personal** | |

| | | | |
|---|---|---|---|
| | operates to <u>control the time said **personal computer communication devices** are enabled to wirelessly **communicate** by RF communication through said system, and to **bill for the time** said **personal computer communication devices** are communicatively enabled within said passenger vehicle</u>. | **communication devices:** [*see supra* row (1)]. **communicate:** [*see supra* row (2)]. **to bill for the time:** to charge money for the use of the system. *See* AMBIT's Prelim. Br. at 19. *INTRINSIC EVIDENCE:* '858 Patent at 6:13-15. **personal computer communication device:** [*see supra* row (1)]. | **computer communication devices are enabled to wirelessly communicate by RF communication through said system, and to bill for the time said personal computer communication devices are communicatively enabled within said passenger vehicle** means enable the PERSONAL COMPUTER COMMUNICATION DEVICES to wirelessly transmit or receive RF signals traveling through the communication system for a specified time interval (i.e., seconds, minutes or hours), and bill for the amount of time the PERSONAL COMPUTER COMMUNICATION DEVICES are enabled to transmit or receive RF signals through the communication system. <u>Intrinsic Evidence</u> '858 patent, 1:37-46, 2:26-28, 3:6-7, 4:50-52, 5:24-27, 5:49-6:4, 6:10-15, 6:27-57, 6:64-67, 7:12-8:11, 8:17-20. <u>Extrinsic Evidence</u> Michalson Decl., Dkt. 58 ¶¶ 10-11, 13. | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | Brown Decl., Dkt. 45 ¶¶ 16, 20 (to the extent it is admissible). "Time," Merriam-Webster Online Dictionary (Koh Decl., Dkt. 57 at Ex. 5). **communicate** [*see* terms containing "**communicate**" above in this row and *supra* Row (2)]. **personal computer communication devices** [see *supra* row (1)]. | |
|---|---|---|---|---|

**CLAIM 4**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (8) | The system as recited in claim 1, wherein said **control computer** enables the **monitoring** of wireless RF communication between said **personal computer communication devices** within said passenger vehicle and said **distant communication system**. | **control computer:** [*see supra* row (4)]. **monitoring:** keeping track of *INTRINSIC EVIDENCE:* See '858 Patent at 3:5-7 and 37-41 and 5:32-41. **personal computer communication devices:** [*see supra* row (1)]. **distant communication system:** [*see supra* row (1)]. | **control computer** [see *supra* row (4)] **monitoring of wireless RF communication between said personal computer communication devices … and said distant communication system** means monitoring wireless RF signals traveling from PERSONAL COMPUTER COMMUNICATION DEVICES to the distant communication system, or vice versa. Intrinsic Evidence | |

**JOINT CLAIM CONSTRUCTION CHART**

|  |  |  | '858 patent, 6:16-20.<br><br>**personal computer communication devices** [see *supra* row (1)].<br><br>**distant communication system:** No construction necessary; plain meaning. |  |
| --- | --- | --- | --- | --- |

**CLAIM 5**

|  | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
| --- | --- | --- | --- | --- |
| (9) | The system as recited in claim 1, wherein said **distant communication system** comprises a **satellite**. | **distant communication system:** [*see supra* row (1)].<br><br>**satellite:** a communications satellite.<br><br>*INTRINSIC EVIDENCE:*<br><br>'858 Patent. | **distant communication system:** No construction necessary; plain meaning.<br><br>**satellite:** No construction necessary; plain meaning. |  |

**CLAIM 6**

|  | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
| --- | --- | --- | --- | --- |
| (10) | The system as recited in claim 1, wherein said passenger vehicle has an **RF signal shield** arranged therein to restrict undesired | **RF signal shield:** anything that attenuates electromagnetic fields in certain directions of propagation.<br><br>*See* AMBIT's Prelim. Br. at 22-23. | **RF signal shield arranged therein to restrict undesired travel of a wireless RF signal transmission within said passenger vehicle** means a shield located in the passenger vehicle to |  |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| travel of a wireless **RF signal** transmission within said passenger vehicle. | *INTRINSIC EVIDENCE:*<br><br>The '858 Patent at 2:58-61 and 4:28-32.<br><br>*EXTRINSIC EVIDENCE:*<br><br>IEEE Dictionary (1999) at 1209.<br><br>Hurwitz Decl. ¶ 11, Exh. J.<br><br>Brown Decl ¶¶ 44-45.<br><br>**RF signal:** [*See supra* row(2)]. | restrict undesired travel of wireless RF signals within the passenger vehicle<br><br>Intrinsic Evidence<br><br>'858 patent, 1:7-16, 1:22-26, 1:62-2:40, 2:48-54, 3:26-30, 4:4-55, 5:41-43, 6:23-26, 7:1-4, 8:11-16, Figs. 3A, 3B.<br><br>'014 patent, 3:41-42 (Koh Decl., Dkt. 42 at Ex. 7).<br><br>Extrinsic Evidence<br><br>American Heritage College Dictionary at 1186 (4th ed. 2002) (Koh Decl., Dkt. 57 at Ex. 6).<br><br>**RF signal** [*see supra* row (2)]. | |

**CLAIM 7**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (11) | A method of utilizing a variety of different **radiatively communicative wireless personal RF communication devices within a local environment in an** | **radiatively communicative wireless personal RF communication devices:** personal devices, designed for use by an individual, having a wireless RF communication interface that provides a way for the personal device to externally send and | **The preamble is a claim limitation. The recited method includes the use of WIRELESS PERSONAL RF COMMUNICATION DEVICES within a local environment in an aircraft and allows the WIRELESS PERSONAL RF** | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| **aircraft**, in RF communication with a communication system distant from said local environment, comprising: | receive information.<br><br>Not claim limitation.<br><br>    *See* AMBIT's Prelim. Br. 10-12.<br><br>    *See* AMBIT's Reply Br. 7-9.<br><br>*INTRINSIC EVIDENCE:*<br><br>    '858 Patent at 6:27-28, 47-48, 52-53, and 60-61, 7:6-7, 12-13, and 17-18, and 8:6-8 and 26-27.<br><br>*EXTRINSIC EVIDENCE:*<br><br>Brown Decl. ¶¶ 12-14.<br><br>MERRIAM-WEBSTER ONLINE DICTIONARY.<br><br>**within a local environment in an aircraft:** inside an aircraft capable of carrying people.<br><br>*INTRINSIC EVIDENCE:*<br><br>    '858 Patent at 6:30. | **COMMUNICATION DEVICES to transmit RF signals to, or receive RF signals from, a communication system distant from the local environment.**<br><br>Intrinsic Evidence<br><br>'858 patent, Abstract, 1:37-46, 2:26-28, 4:50-53, 5:24-27, 5:49-6:4, 6:12-13, 6:21-22, 6:27-57, 7:5-8, 7:12-8:11, 8:25-27.<br><br>Extrinsic Evidence<br><br>Michalson Decl., Dkt. 58 ¶¶ 10-11, 13.<br><br>Brown Decl., Dkt. 45 ¶¶ 10, 14, 16, 20 (to the extent it is admissible).<br><br>**wireless personal RF communication devices** are wireless RF communication devices that can be carried by an individual.<br><br>Intrinsic Evidence<br><br>'858 patent, 1:7-8, 1:23-25, 1:27-40, 1:47-49, 1:62-66, 2:48-58, 3:9-11, 3:13-23, 3:37- | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | | | 38, 3:44-46, 4:5-17, 5:18-19, 5:26-27, 5:41-43, 6:27-67, 7:5-8, 7:12-8:11, 8:17-20, 8:24-26.<br><br>Extrinsic Evidence<br><br>Krisworld reference, *supra* row (1).<br><br>**within a local environment in an aircraft**: No construction necessary; plain meaning. | |
| (12) | arranging at least one **first RF antenna** within said local environment; | **first RF antenna:** [*see supra* row (2)]. | **at least:** No construction necessary; plain meaning.<br><br>**first RF antenna** [see *supra* row (2)]. | |
| (13) | arranging at least one **second RF antenna** radiating outside of said passenger vehicle defining said local environment; | **second RF antenna:** [*see supra* row (3)]. | **at least:** No construction necessary; plain meaning.<br><br>**second RF antenna:** No construction necessary; plain meaning. | |
| (14) | **operating a** **control computer** **in a** **communications link** between said at least one said **first RF antenna** within said local environment **and** said at least one **second RF antenna** arranged to radiate | **control computer:** [*see supra* row (4)].<br><br>**a communications link:** [*see supra* row (4)].<br><br>**first RF antenna:** [*see supra* row (2)].<br><br>**second RF antenna:** [*see supra* row (3)]. | **control computer** [see *supra* row (4)].<br><br>**a communications link between said at least one of said first RF antenna ... and said at least one second RF antenna** [see *supra* row (4)].<br><br>**at least:** No construction necessary; plain meaning. | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| | outside of said local environment; | | **first RF antenna** [see *supra* row (2)].<br><br>**second RF antenna:** No construction necessary; plain meaning. | |
| (15) | wirelessly communicating **RF signals** between a **radiative RF antenna** of said variety of **personal communication devices** and said **at least** one **first RF antenna**; | **RF signals:** [*See supra* row (2)].<br><br>**radiative RF antenna:** [*see supra* row (1)].<br><br>**personal communication devices:** are radiatively communicative wireless personal RF communication devices [*see supra* row (11)].<br><br>*INTRINSIC EVIDENCE:*<br><br>’858 Patent at 6:27-28 and 43-44.<br><br>**at least:** [*see supra* row (2)].<br><br>**first RF antenna:** [*see supra* row (2)]. | **wirelessly communicating RF signals between a radiative RF antenna of said variety of personal communication devices and said at least one first RF antenna** means wirelessly transmitting or receiving RF signals traveling between A RADIATIVE RF ANTENNA of the PERSONAL COMMUNICATION DEVICES and at least one FIRST RF ANTENNA.<br><br>Intrinsic Evidence<br><br>'858 patent, 1:37-46, 2:26-28, 4:50-53, 5:24-27, 5:56, 6:12-13, 6:27-57, 7:12-8:11.<br><br>Extrinsic Evidence<br><br>Michalson Decl., Dkt. 58 ¶¶ 10-11, 13.<br><br>Brown Decl., Dkt. 45 ¶¶ 16, 20 (to the extent it is admissible).<br><br>**wirelessly:** No construction necessary; plain meaning. | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | | | **RF signals** [*See supra* at row (2)].<br><br>**radiative RF antenna** [see *supra* row (1)].<br><br>**personal communication devices** are communication devices that can be carried by an individual.<br><br><u>Intrinsic Evidence</u><br><br>'858 patent, 1:7-8, 1:23-25, 1:27-40, 1:47-49, 1:62-66, 2:48-58, 3:9-11, 3:13-23, 3:37-38, 3:44-46, 4:5-17, 5:18-19, 5:26-27, 5:41-43, 6:27-57, 7:12-8:11.<br><br><u>Extrinsic Evidence</u><br><br>Krisworld reference, *supra* row (1).<br><br>**at least:** No construction necessary; plain meaning.<br><br>**first RF antenna** [see *supra* row (2)]. | |
| (16) | controlling said **RF signals** sent between said variety of different **radiatively communicative wireless personal RF communication devices** within said | **RF signals:** [see *supra* row (2)].<br><br>**radiatively communicative wireless personal RF communication devices:** [see *supra* row (11)].<br><br>**second RF antenna:** [see *supra* | **controlling said RF signals sent between said variety of different radiatively communicative wireless personal RF communication devices within said local environment and said second RF antenna radiating outside of said local environment** | |

| | | | |
|---|---|---|---|
| local environment and said **second RF antenna** radiating outside of said local environment, by said **control computer**; and | row (3)].<br><br>**control computer:** [*see supra* row (4)]. | means controlling RF signals traveling from the WIRELESS PERSONAL RF COMMUNICATION DEVICES within the local environment to the second RF antenna radiating outside the local environment, or vice versa.<br><br>Intrinsic Evidence<br><br>'858 patent, 6:27-57.<br><br>**"controlling RF signals" is incapable of meaningful construction.**<br><br>Intrinsic Evidence<br><br>'858 patent, 2:45-47, 3:3-5, 5:6-8, 5:11-12, 5:32-40, 5:49-6:4, 6:27-57, 7:12-8:11.<br><br>Extrinsic Evidence<br><br>Brown Decl., Dkt. 45 ¶ 30 (to the extent it is admissible).<br><br>**RF signals** [*see supra* row (2)].<br><br>**wireless personal RF communication devices** [*see supra* row (11)].<br><br>**second RF antenna:** No construction necessary; plain meaning.<br><br>**control computer** [*see supra* row | |

**JOINT CLAIM CONSTRUCTION CHART**

|  |  |  | (4)]. |  |
|---|---|---|---|---|
| (17) | **limiting the time** said variety of different **radiatively communicative wireless personal RF communication devices may be utilized** to **communicate** wirelessly by an **RF signal**, from within said local environment of said **aircraft** to said **at least** one **second RF antenna** radiating outside of said local environment. | **limiting the time . . . devices may be utilized:** [*see supra* row (6)].<br><br>**radiatively communicative wireless personal RF communication devices:** [*see supra* row (11)].<br><br>**communicate:** [*see supra* row (2)].<br><br>**RF signal:** [*see supra* row (2)].<br><br>**aircraft:** [*see supra* row (5)].<br><br>**at least:** [*see supra* row (2)].<br><br>**second RF antenna:** [*see supra* row (3)]. | **limiting the time said variety of different radiatively communicative wireless personal RF communication devices may be utilized to communicate wirelessly by an RF signal, from within said local environment of said aircraft to said at least one second RF antenna radiating outside of said local environment** means preventing the WIRELESS PERSONAL RF COMMUNICATION DEVICES from transmitting RF signals to, or receiving RF signals from, the second RF antenna radiating outside the local environment once a specified time interval (i.e., seconds, minutes or hours) has passed.<br><br><u>Intrinsic Evidence</u><br><br>'858 patent, 1:37-46, 2:26-28, 3:6-7, 4:50-53, 5:24-27, 5:49-6:4, 6:10-15, 6:27-57, 6:64-67, 7:12-8:11, 8:17-20.<br><br><u>Extrinsic Evidence</u><br><br>Michalson Decl., Dkt. 58 ¶¶ 10-11, 13.<br><br>Brown Decl., Dkt. 45 ¶¶ 16, 20 |  |

**JOINT CLAIM CONSTRUCTION CHART**

|  |  |  | (to the extent it is admissible).<br><br>"Time," Merriam-Webster Online Dictionary (Koh Decl., Dkt. 57 at Ex. 5).<br><br>**communicate** [*see* terms containing "**communicate**" above in this row and *supra* Row (2)].<br><br>an assortment.  **[AGREED].**<br><br>**wireless personal RF communication devices** [*see supra* row (11)].<br><br>**RF signal** [*see supra* row (2)].<br><br>**aircraft:** No construction necessary; plain meaning.<br><br>**at least:** No construction necessary; plain meaning.<br><br>**second RF antenna:** No construction necessary; plain meaning. |  |
|---|---|---|---|---|

**CLAIM 8**

|  | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (18) | The method as recited in claim 7, including: **filtering said RF signals** sent between | **filtering said RF signals:** [*see supra* row (6)].<br><br>**RF signals:** [*see supra* row (2)].<br><br>**radiatively communicative** | **filtering said RF signals sent between said radiatively communicative wireless personal RF communication devices** |  |

| | said **radiatively communicative wireless personal RF communication devices** within said local environment and said **second RF antenna** radiating outside of said local environment, by said **control computer**. | **wireless personal RF communication devices:** [*see supra* row (11)].<br><br>**second RF antenna:** [*see supra* row (3)].<br><br>**control computer:** [*see supra* row (4)]. | **within said local environment and said second RF antenna** means selectively allowing some RF frequencies to pass while blocking other RF frequencies as they travel from the WIRELESS PERSONAL RF COMMUNICATION DEVICES within the local environment to the second RF antenna, or vice versa.<br><br>Intrinsic Evidence<br><br>'858 patent, 5:6-8, 5:32-33, 6:58-63.<br><br>Extrinsic Evidence<br><br>American Heritage College Dictionary at 111 (4th ed. 2002) (Koh Decl., Dkt. 42 at Ex. 9).<br><br>**RF signals** [*see supra* row (2)].<br><br>**wireless personal RF communication devices** [*see supra* row (11)].<br><br>**second RF antenna**: No construction necessary; plain meaning.<br><br>**control computer** [*see supra* row (4)]. | |

**JOINT CLAIM CONSTRUCTION CHART**

**CLAIM 9**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (19) | The method as recited in claim 7, including: **regulating use of** multiple **wireless personal RF communication devices** located within said local environment, by said **control computer**. | **regulating use of:** directing, according to one or more rules, the use of a communications link.<br><br>*See* AMBIT's Prelim. Br. 21.<br><br>*EXTRINSIC EVIDENCE:*<br><br>THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE (4th Ed.).<br><br>**wireless personal RF communication devices:** radiatively communicative wireless personal RF communication devices. [*see supra* row (11)].<br><br>**control computer:** [*see supra* row (4)]. | **regulating use of multiple wireless personal RF communication devices** means permitting or not permitting the WIRELESS PERSONAL RF COMMUNICATION DEVICES to be used.<br><br><u>Intrinsic Evidence</u><br><br>'858 patent, 2:44-47, 5:8-13, 6:64-67.<br><br>**wireless personal RF communication devices** [*see supra* row (11)].<br><br>**control computer** [*see supra* row (4)]. | |

**CLAIM 10**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (20) | The method as recited in claim 7, including: **shielding at least** a portion of said local environment to restrict undesired travel of wireless **RF signals** | **shielding:** [*see supra* row (10)].<br><br>**at least:** [*see supra* row (2)].<br><br>**RF signal:** [*see supra* row (2)]. | **shielding at least a portion of said local environment to restrict undesired travel of wireless RF signals within said local environment** means locating a shield within the local environment to restrict undesired | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| <u>within said local environment</u>. | | travel of wireless RF signals within the local environment.<br><br><u>Intrinsic Evidence</u><br><br>'858 patent, 1:7-16, 1:22-26, 1:62-2:40, 2:48-54, 3:26-30, 4:4-55, 5:41-43, 6:23-26, 7:1-4, 8:11-16, Figs. 3A, 3B.<br><br>'014 patent, 3:41-42 (Koh Decl., Dkt. 42 at Ex. 7).<br><br><u>Extrinsic Evidence</u><br><br>American Heritage College Dictionary at 1186 (4th. ed. 2002) (Koh Decl., Dkt. 57 at Ex. 6).<br><br>**at least:** No construction necessary; plain meaning.<br><br>**RF signal** [*see supra* row (2)]. | |

**CLAIM 11**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (21) | The method as recited in claim 7, wherein said **at least** one of said variety of different **radiatively communicative wireless RF** | **at least:** [*see supra* row (2)].<br><br>**radiatively communicative wireless personal RF communication devices:** [*see supra* row (11)].<br><br>**laptop computer:** a portable | **at least:** No construction necessary; plain meaning.<br><br>**wireless RF communication devices** [*see* "**wireless personal RF communication devices**" *supra* row (11)]. | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| **communication devices** utilized within said local environment, comprises a **laptop computer**. | personal computer. | **laptop computer:** No construction necessary; plain meaning. | |

**CLAIM 12**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (22) | The method as recited in claim 7, wherein said local environment comprises **at least** a partially **RF signal shielded area**. | **at least:** [*see supra* row (2)].<br><br>**RF signal shielded area:** [*see supra* row (10)]. | **said local environment comprises at least a partially RF signal shielded area** means within the local environment is at least one area that contains a shield to restrict undesired travel of RF signals.<br><br>Intrinsic Evidence<br><br>'858 patent, 1:7-16, 1:22-26, 1:62-2:40, 2:48-54, 3:26-30, 4:4-55, 5:41-43, 6:23-26, 7:1-4, 7:9-11, 8:11-16, Figs. 3A, 3B.<br><br>'014 patent, 3:41-42 (Koh Decl., Dkt. 42 at Ex. 7).<br><br>Extrinsic Evidence<br><br>American Heritage College Dictionary at 1186 (4th ed. 2002) (Koh Decl., Dkt. 57 at Ex. 6). | |

**JOINT CLAIM CONSTRUCTION CHART**

|  |  |  | at least: No construction necessary; plain meaning. |  |
|---|---|---|---|---|

### CLAIM 13

|  | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (23) | A method of utilizing a variety of different **radiatively communicative wireless personal RF communication devices** within a **local RF restricted environment**, which environment is selected from the group consisting of: an automobile, a building, an elevator, an airplane or a desk, so as to enable **RF signal** communication between said different **radiatively communicative wireless personal RF communication devices** with a communication system distant from said local | **radiatively communicative wireless personal RF communication devices:** [*see supra* row (11)]. <br><br> **local RF restricted environment:** An automobile, building, elevator, airplane, or desk, to or from which entering or escaping RF energy is attenuated. <br><br> *See* AMBIT's Prelim. Br. at 24. <br><br> *See* AMBIT's Reply Br. at 17-18. <br><br> *INTRINSIC EVIDENCE:* <br> '858 Patent at 2:59-60. <br><br> *EXTRINSIC EVIDENCE:* <br> Brown Decl. ¶ 46. <br><br> **RF signal:** [*see supra* row (2)]. | **The preamble is a claim limitation. The recited method includes the use of WIRELESS PERSONAL RF COMMUNICATION DEVICES within a LOCAL RF RESTRICTED ENVIRONMENT and allows the WIRELESS PERSONAL RF COMMUNICATION DEVICES to transmit RF signals to, or receive RF signals from, a communication system distant from the local environment.** <br><br> Intrinsic Evidence <br><br> '858 patent, Abstract, 1:37-46, 2:26-28, 4:50-53, 5:24-27, 5:49-6:4, 6:12-13, 6:21-22, 6:27-57, 7:5-8, 7:12-8:11, 8:25-27. <br><br> Extrinsic Evidence <br><br> Michalson Decl., Dkt. 58 ¶¶ 10-11, 13. |  |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| <u>environment, the method comprising:</u> | | Brown Decl., Dkt. 45 ¶¶ 10, 14, 16, 20 (to the extent it is admissible).<br><br>**enable RF signal communication** means allow an RF signal to be transmitted or received.<br><u>Intrinsic Evidence</u><br>'858 patent, 1:37-46, 2:26-28, 4:50-53, 5:24-27, 5:56, 6:43; 6:52-54, 7:12-8:11.<br><u>Extrinsic Evidence</u><br>Michalson Decl., Dkt. 58 ¶¶ 10-11, 13.<br><br>Brown Decl., Dkt. 45 ¶¶ 16, 20 (to the extent it is admissible).<br><br>**wireless personal RF communication devices** [see *supra* row (11)].<br><br>**local RF restricted environment, which environment is selected from the group consisting of: an automobile, a building, an elevator, an airplane or a desk** means an automobile, building, elevator, airplane or desk that provides a barrier that interferes with sending or receiving RF | |

**JOINT CLAIM CONSTRUCTION CHART**

|  |  |  | signals. | |
|---|---|---|---|---|
|  |  |  | <u>Intrinsic Evidence</u><br><br>'858 patent, 1:37-46, 2:4-18, 2:38-40, 2:62-66, 3:55-60, 4:23-36, 4:65-67, 5:16, 5:18-24, 5:41-47, 5:49-6:4, 6:27-57, 7:12-8:11.<br><br><u>Extrinsic Evidence</u><br><br>Michalson Decl., Dkt. 58 ¶ 29.<br><br>American Heritage College Dictionary at 1186 (4th ed. 2002) (Koh Decl., Dkt. 57 at Ex. 6).<br><br>**RF signal** [*see supra* row (2)].<br><br>**airplane:** No construction necessary; plain meaning. | |
| (24) | arranging **at least** one <u>**first RF antenna**</u> within said local RF restricted environment; | **at least:** [*see supra* row (2)].<br><br>**first RF antenna:** [*see supra* row (2)]. | **at least:** No construction necessary; plain meaning.<br><br>**first RF antenna** [*see supra* row (2)]. | |
| (25) | arranging **at least** one **second RF antenna** radiating outside of said local RF restricted environment; | **at least:** [*see supra* row (2)].<br><br>**second RF antenna:** [*see supra* row (3)]. | **at least:** No construction necessary; plain meaning.<br><br>**second RF antenna:** No construction necessary; plain meaning. | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| (26) | placing a **control computer** in **a communications link** between said **at least one** said **first RF antenna** within said local RF restricted environment and said at least one **second RF antenna** radiating outside of said local RF restricted environment; | **control computer:** [*see supra* row (4)].<br><br>**a communications link:** [*see supra* row (4)].<br><br>**at least:** [*see supra* row (2)].<br><br>**first RF antenna:** [*see supra* row (2)].<br><br>**second RF antenna:** [*see supra* row (3)]. | **control computer** [*see supra* row (4)].<br><br>**a communications link between said at least one of said first RF antenna … and said at least one second RF antenna** [*see supra* row (4)].<br><br>**at least:** No construction necessary; plain meaning.<br><br>**first RF antenna** [*see supra* row (2)].<br><br>**second RF antenna:** No construction necessary; plain meaning. | |
| (27) | wirelessly communicating wireless **RF signals** between an RF radiative antenna of said **personal communication devices** and said at least one **first RF antenna**, in a **spaced-apart and non-touching manner**; | **RF signals:** [*see supra* row (2)].<br><br>**personal communication devices:** [*see supra* row (15)].<br><br>**first RF antenna:** [*see supra* row (2)].<br><br>**spaced-apart and non-touching manner:** physically separate.<br><br>    *See* AMBIT's Prelim. Br. 28. | **wirelessly communicating wireless RF signals between an RF radiative antenna of said personal communication devices and said at least one first RF antenna** means wirelessly transmitting or receiving RF signals traveling between A RADIATIVE RF ANTENNA of the PERSONAL COMMUNICATION DEVICES and at least one FIRST RF ANTENNA.<br><br>    Intrinsic Evidence<br><br>'858 patent, 1:37-46, 2:26-28, 4:50-53, 5:24-27, 5:56, 6:12-13, | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| | | 6:27-57, 7:12-8:11.<br><br>Extrinsic Evidence<br><br>Michalson Decl., Dkt. 58 ¶¶ 10-11, 13.<br><br>Brown Decl., Dkt. 45 ¶¶ 16, 20 (to the extent it is admissible).<br><br>**RF signals** [*see supra* row (2)].<br><br>**an RF radiative antenna** [*see* "**a radiative RF antenna**" *supra* row (1)].<br><br>**personal communication devices** [*see supra* row (15)].<br><br>**at least:** No construction necessary; plain meaning.<br><br>**first RF antenna** [*see supra* row (2)].<br><br>**spaced-apart and non-touching:** No construction necessary; plain meaning. | |
| (28) | controlling said RIF signals and **limiting the time said RF signals are sent** between said variety of different **radiatively communicative wireless personal RF communication devices** within said RF | **limiting the time said RF signals are sent:** [*see supra* row (6)].<br><br>**RF signals:** [*see supra* row (2)].<br><br>**radiatively communicative wireless personal RF communication devices:** [*see supra* row (11)].<br><br>**second RF antenna:** [*see supra* | **"controlling RIF [sic] signals"** is incapable of meaningful construction.<br><br>Intrinsic Evidence<br><br>'858 patent, 2:45-47, 3:3-5, 5:6-8, 5:11-12, 5:32-40, 5:49-6:4, 6:27-57, 7:12-8:11.<br><br>Extrinsic Evidence | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | |
|---|---|---|---|
| restricted environment and said **second RF antenna** radiating outside of said RF restricted environment, by said **control computer**. | row (3)].<br><br>**control computer:** [*see supra* row (4)]. | Brown Decl., Dkt. 45 ¶ 30 (to the extent it is admissible).<br><br>**limiting the time said RF signals are sent between said variety of different radiatively communicative wireless personal RF communication devices within said RF restricted environment and said second RF antenna radiating outside of said RF restricted environment** means preventing RF signals from traveling from the WIRELESS PERSONAL RF COMMUNICATION DEVICES within the RF RESTRICTED ENVIRONMENT to the second RF antenna radiating outside of the RF  RESTRICTED ENVIRONMENT, or vice versa, once a specified time interval has passed (i.e., seconds, minutes or hours).<br><br>Intrinsic Evidence<br><br>'858 patent, 1:37-46, 2:26-28, 3:6-7, 4:50-53, 5:24-27, 5:49-6:4, 6:10-15, 6:27-57, 6:64-67, 7:12-8:11, 8:17-20.<br><br>Extrinsic Evidence<br><br>Michalson Decl., Dkt. 58 ¶¶ 10-11, 13. | |

**JOINT CLAIM CONSTRUCTION CHART**

|  |  |  | Brown Decl., Dkt. 45 ¶¶ 16, 20 (to the extent it is admissible).<br><br>"Time," Merriam-Webster Online Dictionary (Koh Decl., Dkt. 57 at Ex. 5).<br><br>**RF signals** [*see supra* row (2)].<br><br>**wireless personal RF communication devices** [*see supra* row (11)].<br><br>**second RF antenna:** No construction necessary; plain meaning.<br><br>**control computer** [*see supra* row (4)]. |  |
|---|---|---|---|---|

**CLAIM 14**

|  | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (29) | The method as recited in claim 13, including: **RF shielding at least** a portion of said local RF restricted environment to control undesired travel of any of said wireless **RF signals communicated** within said local RF restricted environment. | **RF shielding:** [*see supra* row (10)].<br><br>**at least:** [*see supra* row (2)].<br><br>**RF signal:** [*see supra* row (2)].<br><br>**communicated:** [*see supra* row (2)]. | **RF shielding at least a portion of said local RF restricted environment to control undesired travel of any of said wireless RF signals communicated within said local RF restricted environment** means locating a shield within the LOCAL RF RESTRICTED ENVIRONMENT to restrict undesired travel of wireless RF |  |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | | | signals communicated within the LOCAL RF RESTRICTED ENVIRONMENT.<br><br>Intrinsic Evidence<br><br>'858 patent, 1:7-16, 1:22-26, 1:62-2:40, 2:48-54, 3:26-30, 4:4-55, 5:41-43, 6:23-26, 7:1-4, 8:11-16, Figs. 3A, 3B.<br><br>'014 patent, 3:41-42 (Koh Decl., Dkt. 42 at Ex. 7).<br><br>Extrinsic Evidence<br><br>American Heritage College Dictionary at 1186 (4th ed. 2002) (Koh Decl., Dkt. 57 at Ex. 6).<br><br>**at least:** No construction necessary; plain meaning.<br><br>**RF signal** [*see supra* row (2)].<br><br>**communicated** [see term containing "**communicate**" *supra* row (2)]. | |

**CLAIM 15**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (30) | The method as recited in claim 13, including: | **billing for use:** [*see supra* row (7)].<br><br>**radiatively communicative** | **billing for use:** No construction necessary; plain meaning. | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | |
|---|---|---|
| **billing for use** of any of said variety of different **radiatively communicative RF communication devices** utilized within said RF restricted environment. | **wireless personal RF communication devices:** [*see supra* row (11)]. | **RF communication devices** [*see* "**wireless personal RF communication devices**" *supra* row (11)]. | |

**CLAIM 16**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (31) | The method as recited in claim 13, including: arranging a plurality of **first RF antennae** within said **local RF restricted environment**. | **first RF antenna** [*see supra* row (2)].<br><br>**local RF restricted environment:** [*see supra* row (23)]. | **first RF antennae** means first RF probes, each juxtaposed with a respective RADIATIVE RF ANTENNA. [for evidentiary support, *see* "**first RF antenna**" *supra* row (2)].<br><br>**local RF restricted environment** [*see supra* row (23)]. | |

**CLAIM 17**

| | Claim Element | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|---|
| (32) | The method as recited in claim 13, wherein **at least** one of said **radiatively communicative** | **at least:** [*see supra* row (2)].<br><br>**radiatively communicative wireless personal RF communication devices** [*see supra* | **at least:** No construction necessary; plain meaning.<br><br>**wireless personal RF communication devices** [*see* | |

**JOINT CLAIM CONSTRUCTION CHART**

| | | | | |
|---|---|---|---|---|
| | **wireless personal RF communication devices** is a **personal laptop computer**. | row (11)]. <br><br> **personal laptop computer** is a portable personal computer. | *supra* row (11)]. <br><br> **personal laptop computer:** No construction necessary; plain meaning. | |

August 21, 2009

HAMILTON, BROOK, SMITH & REYNOLDS, P.C.    LAREDO SMITH, LLP


/s/ Benjamin P. Hurwitz_____

Brian T. Moriarty (BBO# 665995)
brian.moriarty@hbsr.com
David J. Thibodeau, Jr. (BBO# 547554)
david.thibodeau@hbsr.com
David J. Brody (BBO# 058200)
david.brody@hbsr.com
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone:  (978) 341-0036
Facsimile:  (978) 341-0136


GESMER UPDEGROVE, LLP
Lee T. Gesmer (BBO# 190260)
lee.gesmer@gesmer.com
Joseph J. Laferrera (BBO# 564572)
joe.laferrera@gesmer.com
40 Broad Street
Boston, Massachusetts  02109
Telephone:     (617) 350-6800
Facsimile:      (617) 350-6878

*Attorneys for Plaintiff*


/s/ Thomas D. Rein_____

Mark D. Smith (BBO# 542676)
smith@laredosmith.com
Marc C. Laredo (BBO# 543973)
laredo@laredosmith.com
15 Broad Street, Suite 600
Boston, Massachusetts 02109
Telephone: (617) 367-7984
Facsimile:  (617) 367-6475


OF COUNSEL:

SIDLEY AUSTIN LLP
David T. Pritikin
dpritikin@sidley.com
Thomas D. Rein
trein@sidley.com
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036


Tung T. Nguyen
tnguyen@sidley.com
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile:  (214) 981-3400

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 21, 2009, a true and complete copy of the JOINT CLAIM

CONSTRUCTION AND PREHEARING STATEMENT was served upon the below-named

counsel of record at the following addresses and in the manner indicated:

| | |
|---|---|
| Thomas D. Rein, Esq. | **VIA ECF** |
| David T. Pritikin, Esq. | **VIA FIRST-CLASS MAIL** |
| Stephanie P. Koh | **VIA ECF** |
| SIDLEY AUSTIN LLP | |
| One South Dearborn | |
| Chicago, IL  60603 | |
|     trein@sidley.com | |
|     dpritikin@sidley.com | |
| | |
|     skoh@sidley.com | |
| | |
| Tung T. Nguyen, Esq. | **VIA ECF** |
| SIDLEY AUSTIN LLP | |
| 717 N. Harwood, Suite 3400 | |
| Dallas, TX  75201 | |
|     tnguyen@sidley.com | |
| | |
| Mark D. Smith, Esq. | **VIA ECF** |
| Marc C. Laredo, Esq. | **VIA ECF** |
| LAREDO & SMITH LLP | |
| 15 Broad Street | |
| Suite 600 | |
| Boston, MA  02109 | |
|     smith@laredosmith.com | |
|     laredo@laredosmith.com | |

/s/ Rhonda M. Scherer       
Rhonda M. Scherer

914957_1