IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AMBIT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 09-10217-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| DELTA AIR LINES, INC. and | ) | |
| AIRCELL LLC, | ) | |
| | ) | |
| Defendants. | | |

## PLAINTIFF'S MOTION TO COMPEL PERFORMANCE OF COURT ORDER

The Plaintiff AMBIT Corporation ("AMBIT"), pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, moves to compel Aircell LLC ("Aircell") to comply with AMBIT's Document Request Nos. 1, 2, 3, 6, 7, 8, 11, and 15, and to comply with the Court Order dated October 21, 2009, which required that Aircell provide requested discovery regarding the Gogo$^{\circledR}$ Inflight Internet System ("Gogo system") with respect to all airlines.

Accompanying this motion, the Plaintiff submits herewith: a Proposed Order, a Memorandum of Law in Support of Plaintiff's Motion to Compel Performance of Court Order, and a Declaration of Benjamin P. Hurwitz, Esq. in Support of Plaintiff's Motion to Compel Performance of Court Order.

January 7, 2010                              HAMILTON, BROOK, SMITH & REYNOLDS, P.C.


                                             /s/ Brian T. Moriarty
                                             Brian T. Moriarty (BBO# 665995)
                                             brian.moriarty@hbsr.com
                                             David J. Thibodeau, Jr. (BBO# 547554)
                                             david.thibodeau@hbsr.com
                                             David J. Brody (BBO# 058200)
                                             david.brody@hbsr.com
                                             530 Virginia Road
                                             P.O. Box 9133
                                             Concord, Massachusetts 01742-9133
                                             Telephone:  (978) 341-0036
                                             Facsimile:   (978) 341-0136

                                             GESMER UPDEGROVE, LLP
                                             Lee T. Gesmer (BBO# 190260)
                                             lee.gesmer@gesmer.com
                                             Joseph J. Laferrera (BBO# 564572)
                                             joe.laferrera@gesmer.com
                                             40 Broad Street
                                             Boston, Massachusetts  02109
                                             Telephone:     (617) 350-6800
                                             Facsimile:     (617) 350-6878

                                             *Attorneys for Plaintiff*

LOCAL RULE 7.1(A)(2) CERTIFICATION

    I, Brian T. Moriarty, hereby certify that in letters, emails, and by phone call on December  22, 2009, counsel for AMBIT and Aircell have met and conferred in a good effort faith to resolve or narrow the issue, and have been unable to reach agreement.

/s/ Brian T. Moriarty
Brian T. Moriarty

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a copy will be sent to David Pritikin via electronic mail on January 7, 2010.

/s/ Benjamin Hurwitz
Benjamin Hurwitz

947209_1