UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMBIT CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | NO. 09-10217-WGY |
| DELTA AIR LINES, INC., and ) | |
| AIRCCEL LLC, ) | |
| ) | |
| Defendants. ) | |

March 2, 2010

ORDER

Motion for summary judgment by Delta Airlines, Inc. and Aircell LLC ("Delta") [Doc. No. 36] is DENIED. To the extent this Court has not ruled on Delta's motion for summary judgement [Doc. No. 110] it is DENIED.

**SO ORDERED.**

WILLIAM G. YOUNG
DISTRICT JUDGE