IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMBIT CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., AND AIRCELL LLC,<br><br>        Defendants. | **CIVIL ACTION NO. 1:09-CV-10217-WGY**<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' MOTIONS *IN LIMINE*

Pursuant to various provisions of the Federal Rules of Evidence, the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Court's Scheduling Order, Defendants Delta Air Lines, Inc. ("Delta") and Aircell LLC ("Aircell") (collectively "Defendants") move the Court *in limine* to:

1. Exclude Any Evidence Regarding Dr. William Michalson's Lawful Gun Ownership;
2. Preclude Plaintiff From Arguing Infringement By The Gogo® System As Installed On Planes Of Airlines Other Than Delta And From Seeking Damages Related Thereto;
3. Exclude Any Evidence Or Argument Regarding Secondary Considerations Of Nonobviousness;
4. Exclude Any Evidence Or Argument That Gogo® Infringes Any Claim Of The '858 Patent Under The Doctrine Of Equivalents Or That Either Defendant Has Committed Contributory Or Induced Infringement;
5. Exclude Any Evidence Or Argument With Respect To Damages For Alleged Future Infringement;
6. Preclude Plaintiff From Stating Or Suggesting That It Has Obtained Additional Patents Related To The '858 Patent That It Has Accused Defendants Of Infringing Or That Have Issued Over Prior Art At Issue In This Case;
7. Exclude Any Reference To The Desire Or Need To Punish Or Send A Message To Defendants Or To Make Defendants Pay More Than The Patent Infringement Damages Requested By Plaintiff;

8. Preclude Plaintiff From Making Any Arguments Or Presenting Any Evidence That Is Inconsistent With The Court's Claim Construction Rulings Or That Suggests Meanings For Claim Terms Other Than Those Determined By The Court; and

9. Exclude Any Reference To The "25% Rule" Or Plaintiff's Damages Expert's So-Called "Adequate Proxies."

For all the reasons set forth in Defendants' concurrently filed Omnibus Memorandum in Support of Their Motions *In Limine*, Defendants respectfully request that the Court grant Defendants' Motions *in Limine*.

Dated:  May 17, 2010

OF COUNSEL:

David T. Pritikin
Email:  dpritikin@sidley.com
Thomas D. Rein
Email: trein@sidley.com
Stephanie P. Koh
Email: skoh@sidley.com
Thomas F. Hankinson
Email: thankinson@sidley.com
**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL  60603
Tel: 312-853-7000
Fax: 312-853-7036

Tung T. Nguyen
Email: tnguyen@sidley.com
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, Texas 75201
Tel: 214-981-3300
Fax: 214-981-3400

*/s/ Marc C. Laredo*
Marc C. Laredo, BBO#543973
Email: laredo@laredosmith.com
Mark D. Smith, BBO#542676
Email: smith@laredosmith.com
**LAREDO & SMITH, LLP**
15 Broad Street, Suite 600
Boston, MA  02109
Tel: 617-367-7984
Fax: 617-367-6475

**ATTORNEYS FOR DEFENDANTS DELTA AIR LINES, INC. AND AIRCELL LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants Delta Air Lines, Inc. and Aircell LLC have conferred with counsel for Plaintiff Ambit Corporation ("AMBIT") in a good faith attempt to resolve or narrow the issues set forth in its Motions *in Limine*. The parties were unable to reach an agreement on the issues presented herein, and counsel for AMBIT has indicated that AMBIT will oppose Defendants' Motions *in Limine*.

May 17, 2010
/s/ Marc C. Laredo
Marc C. Laredo BBO#543973
Email: laredo@laredosmith.com
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA  02109
Tel: 617-367-7984
Fax: 617-367-6475

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

May 17, 2010
/s/ Marc C. Laredo
Marc C. Laredo BBO#543973
Email: laredo@laredosmith.com
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA  02109
Tel: 617-367-7984
Fax: 617-367-6475