UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
AMBIT CORPORATION                  )
                                   )
        Plaintiff                  )
                                   )
        v.                         )  CIVIL ACTION
                                   )  NO. 09-10217-WGY
AIRCELL LLC.                       )
                                   )
        Defendant                  )
_____)
```

## JURY VERDICT

As to each claim at issue, we find:

| | Anticipated? | Obvious? | Inadequate Written Description? | Not Enabled? | Infringed? |
|---|---|---|---|---|---|
| Claim 1 | Yes | yes | yes | yes | NO |
| Claim 2 | yes | yes | yes | yes | NO |
| Claim 3 | yes | yes | yes | yes | NO |
| Claim 4 | yes | yes | yes | yes | NO |
| Claim 5 | yes | yes | yes | yes | X |
| Claim 7 | X | yes | yes | yes | NO |
| Claim 8 | X | yes | yes | yes | NO |
| Claim 9 | X | yes | yes | yes | NO |
| Claim 11 | X | yes | yes | yes | NO |
| Claim 13 | X | yes | yes | yes | NO |
| Claim 15 | X | yes | yes | yes | NO |
| Claim 16 | X | yes | yes | yes | NO |
| Claim 17 | X | yes | yes | yes | NO |

We find a reasonable royalty rate for the license of the infringed '858 patent technology to be _____% and assess damages of

_____ against Aircell LLC

_____
Foreman

Date: 7/28/2010