IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMBIT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 1:09-CV-10217-WGY |
| ) | |
| AIRCELL LLC ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all remaining claims in this action against defendant Aircell LLC and of all remaining counterclaims asserted in this action by Aircell LLC , with all rights of appeal waived and each party thereto bearing its own costs and legal fees in connection therewith.

Respectfully submitted,

| | |
|---|---|
| AMBIT CORPORATION | AIRCELL LLC |
| By its attorneys, | By its attorneys, |
| | |
| /s/ Lee T. Gesmer | /s/ Marc C. Laredo |
| GESMER UPDEGROVE, LLP | LAREDO & SMITH, LLP |
| Lee T. Gesmer (BBO# 190260) | Marc C. Laredo (BBO# 543973) |
| lee.gesmer@gesmer.com | laredo@laredosmith.com |
| 40 Broad Street | 15 Broad Street, Suite 600 |
| Boston, Massachusetts 02109 | Boston, Massachusetts 02109 |
| | |
| HAMILTON BROOK SMITH & | SIDLEY AUSTIN LLP |
| REYNOLDS, P.C. | Thomas D. Rein |
| Brian T. Moriarty (BBO# 665995) | trein@sidley.com |
| brian.moriarty@hbsr.com | One South Dearborn |
| 530 Virginia Road P.O. Box 9133 | Chicago. Illinois 60603 |
| Concord, Massachusetts 01742-9133 | |

## Certificate of Service

I hereby certify that on August 17, 2010, I electronically filed the foregoing with the Clerk for the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECT users and that service will be accomplished by the CM/ECT system.

/s/ Lee T. Gesmer
Lee T. Gesmer